

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 1 2018

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY EDWARDS,<br><br>Defendant. | Case No.  CR 13-374-DMG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On September 11, 2018,  Defendant appeared before the Court for initial appearance on the petition for revocation or supervised and warrant for arrest that was  issued in this matter.  Deputy Federal Public Defender ("DFPD") Sonan Henderson specially appeared for DFPD  Charles Brown who was previously appointed to represent Defendant.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.　☒　Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

　　　☒ allegations in the petition include failing to appear for his final revocation of supervised release hearing on August 29, 2018, after previous instances of failures to appear, submitting positive drug tests and failing to report to the U.S. Probation Officer.

B.　☒　Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

　　　☒ allegations in the petition (see above)
　　　☒ criminal history which includes a recent revocation of supervised release, and continued drug use.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 11, 2018

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE